# Court of Appeals
# of the State of Georgia

ATLANTA,   August 11, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2060.   ARUN MISRA et al. v. RIVER FARM HOMEOWNERS ASSOCIATION, INC.**

Appellants have filed a voluntary dismissal of their appeal with prejudice. Considering this filing as a MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 08/11/2014
     *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
     *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*